UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 2:16-CR-20022

TERRANCE QUARTEZ JARRETT                                                    DEFENDANT

## OPINION AND ORDER

The Court has received a report and recommendations (Doc. 112) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends that the Court deny Defendant's motion (Doc. 102) to vacate his sentence. Defendant has filed objections (Doc. 115), and the Court has reviewed the report and recommendations de novo in light of those objections. 28 U.S.C. § 636(b)(1)(C). The Court agrees with the Magistrate Judge that Defendant cannot show prejudice, and the report and recommendations (Doc. 112) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 102) is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 21st day of June, 2021.

/s/ P. K. Holmes
P.K. HOLMES, III
U.S. DISTRICT JUDGE